No. 99–5700.  BROWN v. FEDERAL TRADE COMMISSION.  C. A. 4th Cir.  Certiorari denied.

No. 99–5703.  SENGER v. BARBO, ADMINISTRATOR, NORTHERN STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–5704.  ARNOLD, AKA PITTS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–5706.  MANN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–5707.  LOUDERMILK v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–5708.  LOPEZ-CARVAJAL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–5709.  JOHNSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–5711.  STONE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–5714.  DIAZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–5717.  TYLER v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS.  Sup. Ct. Mo.  Certiorari denied.

No. 99–5718.  TYLER v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS.  Sup. Ct. Mo.  Certiorari denied.

No. 99–5719.  BROWN v. APFEL, COMMISSIONER OF SOCIAL SECURITY.  C. A. 7th Cir.  Certiorari denied.

No. 99–5721.  GWIN v. TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 99–5723.  SEALED PETITIONER v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 99–5725.  RYAN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–5726.  SPRINGER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.